# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

**In the Matter of**:                                    }
                                                          }      Case No. 12-58510
    Michelle Kelley                   }
                                                          }
                                                          }      Chapter 13
                                                          }
**Debtor(s)**                                            }


### Notice of Change of Address


**My Former Mailing Address was**:

Name:        Michelle Kelley

Street:        POB 27302

City, State, Zip:   Columbus, OH 43227


**Please be advised that effective December 7, 2017
my new mailing address is:**

Name:          Michelle Kelley

Street:          5843 Riverton Ct W

City, State ,Zip:   Columbus, OH 43232


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on December 7, 2017, to the following:

**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Michelle Kelley
5843 Riverton Ct W
Columbus, OH 43232

Respectfully Submitted,
/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480